1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUSTINO GUADARRAMA-CRUZ, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00143 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS HEARING;   ORDER THEREON |
| v. | ) | |
| JUSTINO GUADARRAMA-CRUZ, III, | ) | Date:  October 12, 2007 |
| Defendant. | ) | Time:  9:00 A.M. |
| | ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing in the above captioned matter now scheduled for September 14, 2007, **may be continued to October 12, 2007 at 9:00 A.M.**

The grounds for the continuance are further defense investigation and preparation and further plea negotiation.  The defense has received additional discovery for review and a plea offer to present to the defendant.  The requested  continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

McGREGOR M. SCOTT
United States Attorney

DATED: September 13, 2007         By   /s/ Dawrence W. Rice, Jr.
                                       DAWRENCE W. RICE, JR.
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: September 13, 2007         By   /s/ Melody M. Walcott
                                       MELODY M. WALCOTT
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       JUSTINO GADARRAMA-CRUZ, III

**ORDER**

**IT IS SO ORDERED**.  Good cause exists, both for the exclusion of time and for the continuance. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

1.     IT IS SO ORDERED.

**Dated:   September 13, 2007**           /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE